# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>Kenneth W. SMALLWOOD Jr.,<br><br>　　　　　　　　　　Defendant. | Case No. 19CR2317-H<br><br>JUDGMENT OF DISMISSAL |

FILED
JAN 20 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18:922(g)(1), 924(a)(2); 18:924(d)(1), 28:2461(c) - Felon in Possession of a Firearm; Criminal Forfeiture (1)

Dated: 1/20/2021

Hon. Andrew G. Schopler
United States Magistrate Judge